http://192.168.250.15:5006/sicirw/ENTCASE

2/17/2021 10:59

# Update a Case

County: Cabell County (6)
User: EB on CIR06C01
Time: 10:59:05 02/17/2021
Printer: QPRINT

## Case Summary

Case Number: 21-C-34    SCNo=34

Style: Wilbur M Vannatter v. CSX Transportation, Roy Kaiser

Type: Civil

Judge: Judge Paul T. Farrell

Sub-Type: Other

Jury Trial Requested: Yes        Start New Note Set

Date Opened: 01/22/2021

Security: Public

Service Returned: ☐

☐ Plaintiff   +/-

☐ Defendant   +/-

☑ Docket & Documents   +/-

(1) 01/22/2021 Other   CIS, Complaint, 30 day summ prepared by and ret to atty for serv

(1) View   CIS, Complaint, 30 day summ prepared by and ret to atty for serv

Audit    Restitution    Create Document

Main Menu    Daily Menu    Accounting



EXHIBIT B